CHIEF JUDGE ROBERT S. LASNIK

**09-CR-00242-BOND**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 09-242 RSL |
| Plaintiff, | |
| vs. | (PROPOSED) ORDER TO EXTEND TIME TO FILE INDICTMENT |
| OMAR SANCHEZ-MARTINEZ, | |
| Defendant. | |

The Court, having reviewed the stipulation of the parties, the declaration of defense counsel in support of the stipulation and the defendant's agreement to extend the time for an indictment, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial. Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that

(PROPOSED) ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Omar Sanchez-Martinez*; CR09-242RSL)                1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  these factors outweigh the best interests of the public in a more speedy trial, within the
2  meaning of 18 U.S.C. § 3161(h)(7)(A).
3      IT IS THEREFORE HEREBY ORDERED that the time within which an
4  indictment in this case must be filed against the defendant shall be extended from
5  August 14, 2009, to September 17, 2009.
6      IT IS FURTHER ORDERED that the period of delay from August 14, 2009, to
7  September 17, 2009, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§
8  3161 *et seq.*
9      DONE this 14th day of August, 2009.

THE HONORABLE ROBERT S. LASNIK
U.S. DISTRICT COURT CHIEF JUDGE

Presented by:

s/ Robert H. Gombiner
WSBA # 16059
Assistant Federal Public Defender
Attorney for Omar Sanchez-Martinez
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax:   (206) 553-0120
robert_gombiner@fd.org

(PROPOSED) ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Omar Sanchez-Martinez*; CR09-242RSL)    2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

(PROPOSED) ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Omar Sanchez-Martinez*; CR09-242RSL)   3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100